UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Infra-Metals Co.

    v.                           Civil No. 11-cv-314-JL

Steven D. Griffin, et al.

**O R D E R**

The court held a telephone conference today in lieu of the Preliminary Pretrial Conference. Based on the plaintiff's expressed desire to file an amended complaint alleging new claims, and the defendants' expressed intentions to file for bankruptcy protection, the parties agreed to proceed as follows:

The plaintiff will file an amended complaint on or before **October 14, 2011.** All deadlines are reset as of the date of the filing of the amended complaint. A new Rule 26(f) Joint Discovery Plan will be filed by the parties, and will include a summary judgment deadline that is both subsequent to the close of discovery, and at least 120 days prior to the trial date.

The motion to attach (document no. 3) is denied without prejudice based on its procedural deficiencies.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 14, 2011

cc: Jonathan Starble, Esq.
    Kristen Starble Harris, Esq.
    Steven M. Notinger, Esq.
    Marc W. McDonald, Esq.